AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| United States of America | ) Case: 1:24-mj-00306 |
| v. | ) Assigned To : Judge Zia M. Faruqui |
| Donald Charles Stedman Jr. | ) Assign. Date : 9/26/2024 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Donald Charles Stedman Jr.                                                                          ,
who is accused of an offense or violation based on the following document filed with the court:

❐ Indictment      ❐ Superseding Indictment      ❐ Information      ❐ Superseding Information      ☒ Complaint
❐ Probation Violation Petition      ❐ Supervised Release Violation Petition      ❐ Violation Notice      ❐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building.

Date: 09/26/2024

_____
*Issuing officer's signature*

City and state:      Washington, D.C.

_____
*Zia M. Faruqui; U.S. Magistrate Judge*

| Return |
|---|
| This warrant was received on *(date)* 9/26/2024 , and the person was arrested on *(date)* 10/16/2024 at *(city and state)* Statesville, NC . |
| Date: 10/16/2024 |

_____
*Arresting officer's signature*

Jared Schaefer   FBI/SA
*Printed name and title*